1454

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *February 10, 2004*

## APPEALS ACCEPTED FOR REVIEW

**2003–2220. In re Holmes.**
Hamilton App. No. C–030441.
RESNICK, F.E. SWEENEY and O'DONNELL, JJ., dissent.

## DISCIPLINARY CASES

**2003–1808. Stark Cty. Bar Assn. v. Watterson.**
On January 20, 2004, respondent filed a motion for leave to file a reply brief in support of respondent's objections. Whereas there are no provisions in Gov.Bar R. V for filing a reply brief,

IT IS ORDERED by the court that the motion for leave to file a reply brief in support of respondent's objections be, and hereby is, denied.